Andres GAMON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28742.

Court of Criminal Appeals of Texas.

Nov. 21, 1956.

T. M. Reid, Abilene, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Drunken driving is the offense, with punishment assessed at a fine of $100 and thirty days in jail.

It is properly made to appear that since the appeal in this case the appellant has died.

Accordingly, the appeal is abated.